IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

IN RE:

CORINNE THERESE HEFFERNAN

xxx-xx-2027　　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　　Case No. 21-90192
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

---

THOMAS P. HEFFERNAN,
MICHAEL S. HEFFERNAN,
and BARBARA J. ZELLMER
　　　　　　Plaintiffs

　　　　　　　　　　　　　　　　　　　　　　　　Adversary No. 21-9004

v.

CORINNE THERESE HEFFERNAN
　　　　　　Defendant

---

**FINAL JUDGMENT**

---

　　　　This Adversary Proceeding having come before the Court on a Stipulated Motion agreed to by all of the Parties, and the Court being satisfied that it reflects the wishes of the Parties, and is just and in accord with applicable law;

## NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. Any claims plaintiffs Michael Heffernan or Barbara Zellmer asserted or may have asserted against Debtor-Defendant Corinne Heffernan as of the commencement her chapter 7 case on October 12, 2021 are hereby discharged in full.

2. The claim of plaintiff Thomas Heffernan against Debtor-Defendant Corinne Heffernan alleged in his complaint in this case respecting the marital obligation of Corinne Heffernan to pay the Chippewa Valley Bank debt as agreed and ordered in her divorce in Wisconsin from Thomas Heffernan is non-dischargeable pursuant to sec. 523 (a)(15) of the Bankruptcy Code. Thomas Heffernan's non-dischargeable marital claim includes both the amount he has paid the Chippewa Valley Bank on the note since his divorce from the debtor-defendant and the remaining outstanding balance due on that note.

3. Each of the parties shall be responsible for their own fees and costs.

4. The entry of this Final Judgment concludes this Adversary Proceeding.